Gene **BALL**, Plaintiff-Appellant,

v.

**BOARD OF TRUSTEES OF KERRVILLE INDEPENDENT SCHOOL DISTRICT et al., Defendants-Appellees.**

No. 30063.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 1970.

Joe Mike Egan, Jr., Kerrville, Tex., for appellant.

Lavern D. Harris, Kerrville, Tex., for appellees.

Before JONES, GEWIN and CLARK, Circuit Judges.

PER CURIAM:

The appellant, Gene Ball, has not demonstrated that he has any Federally protected right which has been violated. The judgment of the district court is

Affirmed.

Shirley M. **DUDLEY**, Plaintiff and Appellant,

v.

The **EQUITABLE LIFE ASSURANCE SOCIETY OF the UNITED STATES**, a corporation.

No. 23926.

United States Court of Appeals, Ninth Circuit.

Dec. 9, 1970.

John R. Black, Ralph H. Jones, Jr., Jones, Pomeroy & Jones, Pocatello, Idaho, for appellant.

W. F. Merrill (appeared), of Merrill & Merrill, Pocatello, Idaho, for appellee.

Before CHAMBERS, BROWNING and KILKENNY, Circuit Judges.

PER CURIAM:

The summary judgment is affirmed.

Equitable's affidavits were not properly challenged. There was just no issue of fact left for trial.

The objected-to testimony of Doctor Call seems to have been properly received under Section 9–203 of the Idaho code.

Charles S. **GILMORE**, Plaintiff and Appellant,

v.

William **GROSWIRD** and Raymond Micheletti, Appellees.

No. 23783.

United States Court of Appeals, Ninth Circuit.

Dec. 8, 1970.

Charles Gilmore, in pro per.

William D. Jenkins, Legal Aid Society, San Francisco, Cal., for appellees.

Before CHAMBERS, JERTBERG and TRASK, Circuit Judges.

PER CURIAM:

Upon the record, we find the entry of summary judgment was appropriate; that is, on the record, there was no issue appropriate for trial.

The judgment is affirmed.